PETER C. ANDERSON
United States Trustee
Frank Cadigan (SBN: 095666)
Assistant United States Trustee
411 West Fourth Street, Suite 7160
Santa Ana, CA  92701-8000
Telephone: (714) 338-3400
Facsimile: (714) 338-3421
Email:  frank.cadigan@usdoj.gov

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>ULIANA A. KOZEYCHUK,<br><br><br><br><br><br><br><br>Debtor. | CASE NUMBER:  8:11-bk-25430 ES<br><br>CHAPTER 7<br><br>NOTICE OF MOTION AND MOTION OF U.S. TRUSTEE FOR ORDER REOPENING CHAPTER 7 CASE TO ADMINISTER ASSETS AND TO APPOINT CHAPTER 7 TRUSTEE; PURSUANT TO 11 U.S.C. §350(b); DECLARATION OF KRISTINA HOWARD IN SUPPORT THEREOF; AND EXHIBITS<br><br>DATE:  August 8, 2019<br>TIME:   10:30 a.m.<br>CTRM:  5A |

PLEASE TAKE NOTICE that the United States Trustee (hereafter the "U.S. Trustee") is seeking an order to reopen this Chapter 7 case for cause pursuant to 11 U.S.C. §350(b).  Cause exists because the U.S. Trustee has received information from Thomas Casey, prior Chapter 7 trustee, that Uliana A. Kozeychuk (the "Debtor") is litigating a case in State Court, where she is asserting a right to her share of a partnership.  A settlement offer has been made, valued at $50,000.

Local Bankruptcy Rule 9013-1(f) requires that any objection or response to this Motion must be stated in writing, filed with the Clerk of the Court and served on the United States Trustee at 411 W. Fourth St., Suite 7160, Santa Ana, CA  92701 and on the Chapter 7 Trustee,

at least 14 days prior to the hearing. Failure to file and serve any opposition may be considered consent to the relief requested in this Motion.

     This Motion is based on this notice, the attached Memorandum of Points and Authorities, the paper, pleadings and files of record and such evidence as the Court might receive at the time of the hearing on the Motion.

                                            Respectfully submitted,
OFFICE OF THE UNITED STATES TRUSTEE

Dated:  July 9, 2019                         */s/ Frank Cadigan*
                                                         Frank Cadigan
                                                         Assistant U.S. Trustee

# I.
# **STATEMENT OF FACTS**

1. Uliana A. Kozeychuk (the "Debtor") commenced this case by the filing of a voluntary Chapter 7 petition on November 7, 2011 ("Petition Date").  *See* Exhibit "A."

2. The Debtor's 341(a) meeting was initially held on December 20, 2011 and was concluded on that same day.  *See* Exhibit "A."

3. The Chapter 7 Trustee filed a Chapter 7 Trustee's Report of No Distribution on December 21, 2011.  *See* Exhibit "A."

4. On April 23, 2012 the case was closed.  *See* Exhibit "A."

5. On June 20, 2019, this Office received email communication from Thomas Casey, prior Chapter 7 trustee, that the Debtor is litigating a case in State Court, where she is asserting a right to her share of a partnership.  A settlement offer has been made, valued at $50,000.  The claim was not scheduled as an asset in the Debtor's bankruptcy case because she had no knowledge that this claim would be asserted when her case was filed.   *See* the Declaration of Kristina Howard (the "Howard Dec.").

6. Therefore, based on the foregoing, the U.S. Trustee has concluded that it is appropriate to seek an order directing that the Bankruptcy Court reopen the case.

# II.
# **POINTS AND AUTHORITIES**

## THE COURT MAY REOPEN A CLOSED CASE
## FOR CAUSE UNDER SECTION 350(b)

Section 350(b) of the Bankruptcy Code provides as follows:

> (b)    A case may be reopened in the court in which such case was closed to administer assets, to accord relief to the debtor, or for other cause.

The decision to reopen a case rests within the sound discretion of the bankruptcy court. *See* In re McDonald, 161 B.R. 697 (D. Kan. 1993) and Matter of Caicedo, 159 B.R. 104 (D. Conn.

1993).  Further, the reopening of a case and re-appointment of a Chapter 7 Trustee is merely an administrative act that does not affect the rights of any party or the Debtors.  The Ninth Circuit BAP addressed this issue in the case of In re Paine, 250 B.R. 99 (9th Cir. BAP 2000), which involved a motion brought by secured creditors to reopen a closed, no-asset Chapter 7 case, and was grounded in part on the alleged failure of the debtor to disclose substantial, non-exempt assets.  The bankruptcy court ordered that the case be reopened and the debtor appealed.  The BAP dismissed the appeal concluding that the debtors lacked standing to appeal the order since they were not "directly and adversely affected pecuniarily" by the order.  Id. at 106.  The BAP stated that "[t]he order reopening, however, was simply a 'mechanical device' that did not afford or deny the debtors any affirmative relief."  Id. at 107.  The BAP further opined:[1]

> It follows that debtors lack standing to object when a creditor moves for such relief. Often a motion of this type is made by a creditor *ex parte* and can also be accomplished sua sponte by the court upon information it obtains from sources such as creditors.  *Snyder*, 4 F.2d ast 628; *Schofield v. Moriyama*, 24 F.2d 473, 474 (9th Cir. 1928); *Menk*, 241 B.R. at 915 (a motion to reopen can be considered *ex parte* and without notice).

Id. at 106.

The Debtor in this case will not be affected by an order reopening this case since no substantive determination will be made affecting its rights or the rights of anyone else. The U.S. Trustee prays the case be reopened and a Trustee appointed to administer the funds.

                                                            Respectfully submitted,
                                                            OFFICE OF THE UNITED STATES TRUSTEE

Dated:  July 9, 2019            */s/ Frank Cadigan*
                                          Frank Cadigan
                                            Assistant U.S. Trustee

---

[1] Interestingly, the BAP states in footnote 6 as follows:  "A motion to reopen is a jurisdictionally unnecessary preliminary step in order to initiate an adversary proceeding to determine the nondischargeability of a debt, although it might be administratively expedient."  See Menk, 241 B.R. at 910.  Id. at 105.

## DECLARATION OF KRISTINA HOWARD

I, Kristina Howard, declare and state as follows:

1. I make this declaration upon my own personal knowledge except as to those statements made upon information and belief. I am a Paralegal Specialist for the U.S. Trustee Program ("U.S. Trustee") for Region 16. My duties and responsibilities include the monitoring of Chapter 7 cases including the case of *In re Uliana A. Kozeychuk* (the "Debtor") which is assigned case number 8:11-bk-25430 ES. This declaration is filed in support of the above motion.

2. On July 9, 2019, I accessed CM/ECF and obtained a copy of the case docket for *In re Uliana A. Kozeychuk* case number 8:11-bk-25430 ES. A true and correct copy is attached hereto as Exhibit "A."

3. I have reviewed the email communication from Thomas Casey, prior Chapter 7 trustee, which stated that the Debtor is litigating a case in State Court, and she is asserting a right to her share of a partnership. A settlement offer was made, valued at $50,000. The claim was not scheduled as an asset in the Debtor's bankruptcy case because she had no knowledge that this claim would be asserted when her case was filed

I declare under penalty of perjury and under the laws of the State of California and the United States of America that the foregoing is true and correct, and if called as a witness I could and would completely testify thereto.

Executed this 9th day of July, 2019
at Santa Ana, California.

By: *Kristina Howard* (signature)
Kristina Howard
Paralegal Specialist

EXHIBIT A

# U.S. Bankruptcy Court
## Central District of California (Santa Ana)
### Bankruptcy Petition #: 8:11-bk-25430-ES

|  |  |
|---|---|
| *Assigned to:* Erithe A. Smith | *Date filed:* 11/07/2011 |
| Chapter 7 | *Date terminated:* 04/23/2012 |
| Voluntary | *Debtor discharged:* 02/27/2012 |
| No asset | *341 meeting:* 12/20/2011 |
|  | *Deadline for objecting to discharge:* 02/21/2012 |
|  | *Deadline for financial mgmt. course:* 02/21/2012 |

*Debtor disposition:*  Standard Discharge

**Debtor**
**Uliana A Kozeychuk**
167 Pineview
Irvine, CA 92620
ORANGE-CA
SSN / ITIN: xxx-xx-9976

represented by **Uliana A Kozeychuk**
PRO SE

**Trustee**
**Thomas H Casey (TR)**
22342 Avenida Empresa, Suite 245
Rancho Santa Margarita, CA 92688
(949) 766-8787

**U.S. Trustee**
**United States Trustee (SA)**
411 W Fourth St., Suite 7160
Santa Ana, CA 92701-4593
(714) 338-3400

| Filing Date | # | Docket Text |
|---|---|---|
| 11/07/2011 | 1 (61 pgs) | Chapter 7 Voluntary Petition . Fee Amount $306 Filed by Uliana A Kozeychuk (Roque, Jewell) (Entered: 11/07/2011) |
| 11/07/2011 | 2 (2 pgs) | Meeting of Creditors with 341(a) meeting to be held on 12/20/2011 at 08:00 AM at RM 3-110, 411 W Fourth St., Santa Ana, CA 92701. Objections for Discharge due by 02/21/2012. Cert. of Financial Management due by 02/21/2012 for Debtor and Joint Debtor (if joint case) (Roque, Jewell) (Entered: 11/07/2011) |
| 11/07/2011 | 3 | Statement of Social Security Number(s) Form B21 Filed by Debtor Uliana A Kozeychuk . (Roque, Jewell) (Entered: 11/07/2011) |
| 11/07/2011 | 4 | Certificate of Credit Counseling , Exhibit D Filed by Debtor Uliana A |

EXHIBIT "A"    001

| | | |
|---|---|---|
| | (3 pgs) | Kozeychuk . (Roque, Jewell) (Entered: 11/07/2011) |
| 11/07/2011 | [5](#) (3 pgs) | Notice of Requirement to Complete Course in Financial Management (BNC) . (Roque, Jewell) (Entered: 11/07/2011) |
| 11/07/2011 | | Receipt of Chapter 7 Filing Fee - $306.00 by 01. Receipt Number 80043141. (admin) (Entered: 11/08/2011) |
| 11/09/2011 | [6](#) (4 pgs) | BNC Certificate of Notice (RE: related document(s) [2](#) Meeting (AutoAssign Chapter 7)) No. of Notices: 14. Notice Date 11/09/2011. (Admin.) (Entered: 11/09/2011) |
| 11/09/2011 | [7](#) (5 pgs) | BNC Certificate of Notice (RE: related document(s) [5](#) Notice of Requirement to Complete Course in Financial Management (BNC)) No. of Notices: 1. Notice Date 11/09/2011. (Admin.) (Entered: 11/09/2011) |
| 11/14/2011 | [8](#) (1 pg) | Request for courtesy Notice of Electronic Filing (NEF) Filed by Gilbert B Weisman ll on behalf of Courtesy NEF. (Weisman, Gilbert) (Entered: 11/14/2011) |
| 12/20/2011 | [9](#) (2 pgs) | Financial Management Course Certificate Filed by Debtor Uliana A Kozeychuk (RE: related document(s)[2](#) Meeting (AutoAssign Chapter 7)). (Law, Tamika) (Entered: 12/20/2011) |
| 12/20/2011 | [10](#) (2 pgs) | Amended Summary of Schedules , Amended Schedule J Filed by Debtor Uliana A Kozeychuk . (Law, Tamika) (Entered: 12/20/2011) |
| 12/21/2011 | | Chapter 7 Trustee's Report of No Distribution: I, Thomas H Casey (TR), having been appointed trustee of the estate of the above-named debtor(s), report that I have neither received any property nor paid any money on account of this estate; that I have made a diligent inquiry into the financial affairs of the debtor(s) and the location of the property belonging to the estate; and that there is no property available for distribution from the estate over and above that exempted by law. Pursuant to Fed R Bank P 5009, I hereby certify that the estate of the above-named debtor(s) has been fully administered. I request that I be discharged from any further duties as trustee. Key information about this case as reported in schedules filed by the debtor(s) or otherwise found in the case record: This case was pending for 1 months. Assets Abandoned (without deducting any secured claims): $ 431293.00, Assets Exempt: Not Available, Claims Scheduled: $ 727385.90, Claims Asserted: Not Applicable, Claims scheduled to be discharged without payment (without deducting the value of collateral or debts excepted from discharge): $ 727385.90. Filed by Trustee Thomas H Casey (TR) (RE: related document(s)[2](#) Meeting of Creditors with 341). (Casey (TR), Thomas) (Entered: 12/21/2011) |
| 02/23/2012 | [11](#) | Notice of Motion and Motion to Avoid Lien (Real Property) 167 |

| | | |
|---|---|---|
| | (4 pgs) | Pineview, Irvine, California 92620 with Lauren Burdon Filed by Debtor Uliana A Kozeychuk [No Hearing Required] (Deramus, Glenda) (Entered: 02/24/2012) |
| 02/23/2012 | 12 (41 pgs) | Declaration of Debtor in Pro Per Uliana A Kozeychuk in Support of Debtor's Motion to Avoid of Lauren Burdon under 11 USC § 522(f) (Real Property) re: Filed by Debtor Uliana A Kozeychuk (RE: related document(s)11 Motion to Avoid Lien 167 Pineview, Irvine, California 92620 with Lauren Burdon). (Deramus, Glenda) (Entered: 02/24/2012) |
| 02/27/2012 | 13 (2 pgs) | DISCHARGE OF DEBTOR(S): Debtor (BNC) (RE: related document(s)2 Meeting (AutoAssign Chapter 7)) (Peres, Carlos) (Entered: 02/27/2012) |
| 02/29/2012 | 14 (4 pgs) | BNC Certificate of Notice (RE: related document(s)13 DISCHARGE OF DEBTOR - Chapter 7 (BNC)) No. of Notices: 14. Notice Date 02/29/2012. (Admin.) (Entered: 02/29/2012) |
| 03/16/2012 | 15 (50 pgs) | Declaration of Debtor in Pro Per Uliana A. Kozeychuk Pursuant to LBR 9013.1(o) Regarding No Opposition to Debtor's Motion to Avoid Lien of Lauren Burdon Under 11 U.S.C. Section 522(f) (Real Property); Filed by Debtor Uliana A Kozeychuk [Order Routed to Chambers] (RE: related document(s)11 Motion to Avoid Lien 167 Pineview, Irvine, California 92620 with Lauren Burdon). (Duarte, Tina) (Entered: 03/21/2012) |
| 03/21/2012 | 16 (6 pgs) | Order Granting Motion To Avoid Lien of Creditor Lauren Burdon (Related Doc # 11) Signed on 3/21/2012. (I, deputy clerk who is making this entry, certify that service on all parties under Section II was completed, Reid, Rick) (Entered: 03/23/2012) |
| 03/30/2012 | | Receipt of Certification Fee - $11.00 by 18. Receipt Number 80046592. (admin) (Entered: 04/02/2012) |
| 03/30/2012 | 17 (9 pgs) | Notice of Entered Order Granting Debtor's Motion to Avoid Lien of Lauren Burdon under 11 USC Section 522(f)(REAL PROPERTY) Filed by Debtor Uliana A Kozeychuk (RE: related document(s)16 Order Granting Motion To Avoid Lien of Creditor Lauren Burdon). (Deramus, Glenda) (Entered: 04/02/2012) |
| 04/23/2012 | 18 (1 pg) | Bankruptcy Case Closed - DISCHARGE (Lyons, Maeve) (Entered: 04/23/2012) |
| 06/05/2019 | | Receipt of Certification Fee - $22.00 by 01. Receipt Number 80073460. (admin) (Entered: 06/05/2019) |
| 06/05/2019 | | Receipt of Photocopies Fee - $31.50 by 01. Receipt Number 80073460. (admin) (Entered: 06/05/2019) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 07/09/2019 12:24:28 | | | |
| PACER Login: | us7778:2657083:4299065 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 8:11-bk-25430-ES Fil or Ent: filed To: 7/9/2019 Doc From: 0 Doc To: 99999999 Term: included Format: html Page counts for documents: included |
| Billable Pages: | 2 | Cost: | 0.20 |

EXHIBIT "A"

004

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: OFFICE OF THE U.S. TRUSTEE, 411 W. 4TH STREET, #7160,, SANTA ANA, CA  92701

A true and correct copy of the foregoing document described as **MOTION OF U.S. TRUSTEE FOR ORDER REOPENING CHAPTER 7 CASE TO ADMINISTER ASSETS AND TO APPOINT A CHAPTER 7 TRUSTEE; PURSUANT TO 11 U.S.C. §350(b)**, will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **July 9, 2019,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

msilva@tomcaseylaw.com, thc@trustesolutions.net; ustpregion16.sa.ecf@usdoj.gov, notices@becket-lee.com

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On **July 9, 2019,** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Uliana A. Kozeychuk,167 Pineview, Irvine, CA  92620

Uliana A. Kozeychuk, 37 Tubeflower, Irvine, CA  92618

☐ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **July 9, 2019,** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

Honorable Erithe A. Smith ---bin outside Room 5097

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| July-9-19 | Kristina M. Howard | /s/ Kristina M. Howard |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

Peter C. Anderson
United States Trustee
Frank Cadigan (SBN: 095666)
Assistant U.S. Trustee
411 West Fourth Street, Suite 7160
Santa Ana, CA 92701-8000
Telephone: (714)338-3400
Facsimile: (714)338-3421

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| In re: | CASE NO.: **8-11-bk-25430 ES** |
|---|---|
| **ULIANA A. KOZEYCHUK,** | CHAPTER 7 |
| Debtor. | NOTICE OF HEARING |

TO THE CREDITORS AND OTHER PARTIES IN INTEREST:

NOTICE IS HEREBY GIVEN that a hearing in this case will be held in Courtroom "5A", United States Bankruptcy Court, 411 West Fourth Street, Ronald Reagan Federal Building & United States Courthouse, Santa Ana, California 92701, on **August 8, 2019, at 10:30 a.m.**, to consider and act upon the following:

**NOTICE OF MOTION AND MOTION OF U.S. TRUSTEE FOR ORDER REOPENING CHAPTER 7 CASE TO ADMINISTER ASSETS AND TO APPOINT CHAPTER 7 TRUSTEE; PURSUANT TO 11 U.S.C. §350(b); DECLARATION KRISTINA HOWARD IN SUPPORT THEREOF; AND EXHIBITS**

Objections, if any, to the above shall be in writing and filed with the Court and served upon the court party named in the upper left-hand corner of this notice at least fourteen (14) days prior to the hearing date. See Local Bankruptcy Rule 9013-1(f) and (h).

DATED: _____        KATHLEEN J. CAMPBELL
                                                                        CLERK OF COURT